USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________________
DATE FILED: 9/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANSEL L. RODRIGUEZ,

Plaintiff,

-v-

TD BANK, N.A.,

Defendant.

**ORDER**

26-CV-1133 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On August 28, 2026, Defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), ECF No. 18 (the "Motion"). Pursuant to Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Plaintiff's opposition to the Motion was due by September 11, 2026. To date, so far as the docket reflects, Plaintiff has not filed an opposition to the Motion. The undersigned *sua sponte* extends the deadline for Plaintiff to file his opposition to **September 28, 2026**. Defendant's reply is due by **October 5, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: September 16, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge