USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANSEL L. RODRIGUEZ,

Plaintiff,

-v-

TD BANK, N.A.,

Defendant.

**ORDER**

26-CV-1133 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's September 23, 2026 "Notice of Non-Receipt of Court Entries and Request for Re-Service," entered on the docket on September 28, 2026, ECF No. 24 (the "Notice").

Regarding the email Plaintiff attached to the Notice as Exhibit A, the Pro Se Intake Unit has informed the Court that Plaintiff's attachments were malformed and could not be docketed in the form submitted. Plaintiff may mail submissions to the Court at the following address: Daniel Patrick Moynihan Courthouse, Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007.

To the extent Plaintiff wishes to receive electronic service of notices and documents in his case, he must complete and file the "Consent to Electronic Service" form located at the following link: https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases. Additionally, to the extent Plaintiff wishes to participate in electronic case filing in this case, he must complete and file the "Motion for Permission for Electronic Case Filing" form, after completing the

required initial steps, located at the following link: https://www.nysd.uscourts.gov/forms/motion-permission-electronic-case-filing-pro-se-cases. Unless and until Plaintiff files the forms described above, the Court will send mail to Plaintiff's address currently on file: 2495 Sedgwick Ave., Apt. 521, Bronx, NY 10468.

Finally, Plaintiff is advised that there is a Pro Se Law Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide a pro se party with advice in connection with their case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit). Litigants in need of legal assistance should complete the City Bar Justice Center's intake form available at: https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/ to make an appointment. If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday, 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday, 10:00 a.m. to 4:00 p.m.

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se litigant.

**SO ORDERED.**

Dated: September 29, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge