USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 10/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANSEL L. RODRIGUEZ,

Plaintiff,

-v-

TD BANK, N.A.,

Defendant.

**ORDER**

26-CV-1133 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's memorandum of law in opposition to defendant's motion to dismiss, ECF No. 26 (Plaintiff's Opposition"). Plaintiff's Opposition concedes that one claim should be dismissed and seeks to amend the complaint to change his legal theory for the second claim. The parties are directed to confer about next steps.

The undersigned will hold a conference via telephone on **October 20, 2026** at **3:00 p.m.** to discuss whether the most efficient way forward would be a stipulated amendment to the complaint dismissing count one with prejudice and allowing repleading of what is now count two, with Defendant having an opportunity to make a new motion to dismiss to address Plaintiff's new theory, withdrawing the pending motion. Counsel and Plaintiff should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 883 065 810#).

In light of the conference, Defendant's October 5, 2026 deadline to file a reply in further support of its motion to dismiss, *see* ECF No. 23, is adjourned until after the conference.

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se litigant.

**SO ORDERED.**

Dated: October 2, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge