UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/20/2026

HANSEL L. RODRIGUEZ,

Plaintiff,

-v-

TD BANK, N.A.,

Defendant.

**ORDER**

26-CV-1133 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on October 20, 2026 to address Plaintiff's memorandum of law in opposition to Defendant's motion to dismiss, ECF No. 26. For the reasons stated on the record, the parties shall adhere to the below directives.

Plaintiff will serve Defendant with his proposed second amended complaint by **November 3, 2026**. By **November 10, 2026**, Defendant shall file a letter on the docket providing an update regarding whether it stipulates to the amendment and withdraws its pending motion to dismiss the first amended complaint, ECF No. 18. In light of these developments, Defendant's deadline to file its reply in further support of the motion to dismiss the first amended complaint is adjourned *sine die*. If a reply brief is still necessary in light of Defendant's November 10th letter, the Court will set a new deadline in a subsequent order.

The Clerk of Court is respectfully directed to mail a copy of this order to any self-represented party who has not consented to e-service or e-filing.

**SO ORDERED.**

Dated: October 20, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge