USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANSEL L. RODRIGUEZ,

Plaintiff,

-v-

TD BANK, N.A.,

Defendant.

**ORDER**

26-CV-1133 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's motion consenting to the filing of the Second Amended Complaint ("SAC"). Plaintiff shall file the SAC by **November 20, 2026**. Defendant is directed to send Plaintiff a copy of this order.

Defendant's motion also indicates that it is withdrawing the motion to dismiss at ECF No. 18. Accordingly, the Clerk of Court is respectfully directed to terminate the motion at ECF No. 18 as withdrawn and to terminate the motion to withdraw at ECF No. 30 as **GRANTED**.

**SO ORDERED.**

Dated: November 12, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge