USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 11/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANSEL L. RODRIGUEZ,

Plaintiff,

-v-

TD BANK, N.A.,

Defendant.

**ORDER**

26-CV-1133 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's Second Amended Complaint entered on the docket on November 24, 2026, ECF No. 33 ("SAC"). Although the SAC was not filed by the deadline set in the Court's November 12, 2026 order, *see* ECF No. 31, the SAC will be considered timely. Defendant is directed to respond to the SAC by **December 8, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this order to any self-represented party who has not consented to e-service or e-filing.

**SO ORDERED.**

Dated: November 25, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge